UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PANNELL, FREDDIE L. | ) | CASE NO.: 05-68569 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| Debtor(s) | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Daniel L. Freeland and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor(s).

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 10105, dated July 15, 2010, in the amount of $15,200.13 was mailed to the payee thereof, namely Freddie Pannell, at 4410 W. 49th Avenue, Hobart, IN 46342.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 10111 in said amount payable to the Clerk, U.S. Bankruptcy Court.

Dated: <u>October 25, 2010</u>

                                                        /s/ Daniel L. Freeland
                                                      Daniel L. Freeland, Trustee
                                                      9105 Indianapolis Boulevard
                                                      Highland, IN 46322
                                                      Telephone: (219) 922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2010, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
Gordon E. Gouveia
and by regular first class mail upon:
Kevin Marshall, on behalf of the Estate of Freddie Pannell
192 Bracken Parkway, Hobart, IN 46342

                                                      /s/ Daniel L. Freeland
                                                      Daniel L. Freeland, Trustee