UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

RE: Freddie L. Pannell )
)  Case: 05-68569
)
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
Debtor(s) )  **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Konda R. Pannell as surviving spouse to Freddie L. Pannell** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$15,200.13** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

x _Konda R. Pannell_                    _6-20_____, 20 _14_
Konda R. Pannell                                Date

**Tax ID: XXX-XX- 2584**

### ACKNOWLEDGMENT

STATE OF _Indiana_ )            COUNTY OF _Lake_ )

On this _20_ day of _June_, _2014_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Konda R. Pannell_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Belinda D. Loomis_
Residing at _St. John, In_
My Commission expires _Aug 9, 2017_

> BELINDA D. LOOMIS
> Notary Public- Seal
> State of Indiana
> My Commission Expires Aug 9, 2017

Exhibit B

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA

IN RE:                              )
                                    )   Case: 05-68569
    Freddie L. Pannell        )   Chapter: 7
                                    )
        Debtor(s)             )

## AFFIDAVIT OF OWNERSHIP

I Konda R. Pannell as surviving spouse to Freddie L. Pannell, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $15,200.13, which is the sum of monies deposited with the court in the above referenced case.

2. I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. My late husband Freddie L. Pannell was the debtor in the above mentioned case. Freddie L. Pannell passed away on March 19, 2010.

4. As the surviving spouse, *and sole legal heir* I am the legal owner of the unclaimed funds and, therefore, entitled to payment of said funds listed herein. I have not transferred or assigned said funds to any other entity.

5. The following is my current address and phone number:
   Konda R. Pannell
   6838 New Hampshire Avenue
   Hammond, IN 46323
   219.689.7636

6. I pray the Court will accept this Affidavit of Ownership and grant an Order releasing the unclaimed funds pursuant to the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC.

Dated __6-20-14__     By: _Konda R. Pannell_
                          Konda R. Pannell

STATE OF __Indiana__, COUNTY OF __Lake__
On __6-20-2014__ before me, personally appeared (insert name of the signer)
__Konda R. Pannell__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Belinda D. Loomis_
Notary Public

(SEAL)     My commission expires on __Aug. 9, 2017__

```
BELINDA D. LOOMIS
Notary Public- Seal
State of Indiana
My Commission Expires Aug 9, 2017
```

## UNITED STATES BANKRUPTCY COURT
### Indiana Northern Bankruptcy Court

RE: Freddie L. Pannell ) Case: 05-68569
)
) **AFFIDAVIT OF HEIRSHIP**
)
Debtor(s) )

I, Konda R. Pannell, SPOUSE under the penalty of perjury under the laws of the United States of America declare and being duly sworn on oath states:

1) I am the surviving spouse to Freddie L. Pannell, and I am of legal age and a resident of Hammond, IN.

2) Freddie L. Pannell passed away on Friday, March 19, 2010 as a resident of Crown Point, Indiana at the age of 49.

3) Freddie L. Pannell did not have a Last Will & Testament at the time of his death.

4) Freddie L. Pannell and I were married at the time of his death.

5) Zero (0) children were born to and none adopted by the decedent and myself.

6) As surviving spouse, I am requesting the release of the unclaimed funds.

7) I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

Dated: 6-20-14    By: *Konda R. Pannell*
                      **Konda R. Pannell**

STATE OF Indiana, COUNTY OF Lake
On 6-20-2014 before me, personally appeared (insert name of the signer)
Konda R Pannell
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*Belinda D. Loomis*
Notary Public

My commission expires on Aug 9, 2017

(SEAL)
BELINDA D. LOOMIS
Notary Public- Seal
State of Indiana
My Commission Expires Aug 9, 2017

Exhibit B