UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Freddie L. Pannell | ) | CASE NO.   05-68569 |
| | ) | CHAPTER   7 |
| Debtor(s) | ) | |

### ORDER

At Hammond, Indiana on October 8, 2014.

The Court, having reviewed the Motion to Recover Unclaimed Funds filed by Konda R. Pannell, finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met. The Court further finds that Konda R. Pannell is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity. Further, the court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Konda R. Pannell is hereby directed to contact the Financial Department of the United States Bankruptcy Court (574) 968-2226, in order to submit the required tax identification number (IRS W9 form). Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND # 6047BK in the amount of $15,200.13 to Konda R. Pannell c/o Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383.

_/s/ J. Philip Klingeberger_ JS 104
Judge, U.S. Bankruptcy Court